UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: D'Erica Blackmon, et al. vs. McGhee School District, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 26-2146 for the following party(s): (please specify)

Corporal Chris Hawkins and Lt. Tyler Perry, in both their official and individual capacities

☐ Appellant(s)  ☐ Petitioner(s)  ☑ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Gabrielle Gibson    s/: Gabrielle Gibson

Firm Name: Arkansas Municipal League

Business Address: 301 W. 2nd St.

City/State/Zip: North Little Rock, AR 72114

Telephone Number (Area Code): 501-537-3783

Email Address: ggibson@arml.org

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 06/10/26 , I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: